NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-12-0000996
19-APR-2013
09:54 AM

NO. CAAP-12-0000996

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

WILLIE D.D. JUMPER, III, Plaintiff-Appellee, v.
PRECIOUS ANN JUMPER, Defendant-Appellant

APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT
(FC-D NO. 11-1-7512)

ORDER GRANTING DEFENDANT-APPELLANT'S
APRIL 4, 2013 MOTION TO WITHDRAW APPEAL
(By: Nakamura, C.J., Foley and Ginoza, JJ.)

Upon consideration of Defendant-Appellant Precious Ann Jumper's April 4, 2013 Motion to Withdraw Appeal, which the court will construe as a motion to dismiss the appeal, pursuant to Hawai'i Rules of Appellate Procedure Rule 42(b), the papers in support, and the record and files herein,

IT IS HEREBY ORDERED that the motion to dismiss the appeal is granted, and the appeal is dismissed.

DATED: Honolulu, Hawai'i, April 19, 2013.

Chief Judge

Associate Judge

Associate Judge